# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 21-773


**ANDREW TAYLOR SMITH**

**VERSUS**

**ANGELICA HARMON**

**\*\*\*\*\*\*\*\*\*\***

## APPEAL FROM THE
## FIFTEENTH JUDICIAL DISTRICT COURT
## PARISH OF LAFAYETTE, NUMBER C-20154206, DIVISION H1
## HONORABLE DAVID A. BLANCHET, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## SHARON DARVILLE WILSON

## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Shannon J. Gremillion, Candyce G. Perret, and Sharon Darville Wilson, Judges.


**AFFIRMED.**

**Kay Karré Gautreaux**
**Law Office of Kay Karré Gautreaux**
**405 West Convent Street**
**Lafayette, Louisiana  70501**
**(337) 232-7747**
**COUNSEL FOR INTERVENOR/APPELLEE:**
    **Tammy Louise Lyons**

**Daniel M. Landry, II**
**Christian B. Landry**
**The Landry Law Firm**
**Post Office Box 3784**
**Lafayette, Louisiana  70502**
**(337) 237-7135**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Angelica Harmon**

**WILSON, Judge.**

Angelica Harmon (Harmon) seeks to regain custody of her minor daughter, A.L.S.,[1] from A.L.S.'s paternal grandmother, Tammy Louise Lyons (Lyons). The trial court issued two judgments on June 23, 2021. The first awarded joint custody of A.L.S. to Harmon and Lyons. Neither Harmon nor Lyons was named as domiciliary parent. The second judgment issued a joint custody implementation plan, which provided that beginning with the 2021-2022 school year, Harmon and Lyons would share custody of A.L.S. on an alternating seven-day basis with the exchange day being Friday. Harmon filed two separate appeals with respect to the two judgments; therefore, this matter is a companion case to *Smith v. Lyons*, 21-772 (La.App. 3 Cir. ___/___/22), ___ So.3d ___, which was rendered by this court on this same day. For the reasons given in that opinion, we affirm both of the trial court's judgments in their entirety.

**AFFIRMED.**

---

[1] We use the initials of the minor to protect her identity. Uniform Rules—Courts of Appeal, Rule 5–2.